UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JACQUELINE FILS,

    Plaintiff,

v.                                        Case No. 2:20-cv-670-JLB-NPM

CAPITAL ONE AUTO FINANCE,

    Defendant.
_____/

## ORDER

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 19.)  The stipulation is self-executing.  <u>Anago Franchising, Inc. v. Shaz</u>, 677 F.3d 1272, 1278 (11th Cir. 2012).  The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on August 6, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE